IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00818-BNB

CINDY JAZWICK,

    Plaintiff,

v.

SOCIAL SECURITY DISABILITY ADMINISTRATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2008

GREGORY C. LANGHAM
                          CLERK

---

## SECOND ORDER TO CURE DEFICIENCIES

---

Plaintiff, Cindy Jazwick, initiated this action by filing *pro se* a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint. The Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted. In an order filed on April 22, 2008, the court directed the clerk of the court to commence a civil action and directed Ms. Jazwick to cure a deficiency if she wished to pursue her claims. The court specifically ordered Ms. Jazwick to file an amended complaint on the proper form because Ms. Jazwick is not asserting any claims of employment discrimination pursuant to Title VII in this action. The court ordered Ms. Jazwick to use the Court's general nonprisoner Complaint form to file her amended complaint.

On May 19, 2008, Ms. Jazwick filed an amended complaint on the Court's Prisoner Complaint form. It does not appear that Ms. Jazwick is incarcerated and, therefore, the Court's Prisoner Complaint form is not the correct pleading form for the claims she is raising in this action. Therefore, Ms. Jazwick will be given another opportunity to file her claims on the proper pleading form that will be provided to her

with a copy of this order. The proper form to be used in this action is the Court's nonprisoner Complaint form.

Ms. Jazwick is reminded that, in order to state a claim in federal court, she "must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Although Ms. Jazwick asserts jurisdiction in the Prisoner Complaint pursuant to Title VII, the court again notes that she is not asserting any claims of employment discrimination pursuant to Title VII in this action. Instead, it appears that Ms. Jazwick is attempting to obtain judicial review of an administrative decision denying her social security disability benefits. If Ms. Jazwick is seeking judicial review of an administrative decision denying her social security disability benefits, she should assert jurisdiction pursuant to the social security statutes that authorize such judicial review. It also may be helpful for Ms. Jazwick to submit a copy of the administrative decision from which she is appealing if she is seeking judicial review of an administrative decision in this action. Accordingly, it is

ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on April 11, 2008, is granted. It is

FURTHER ORDERED that Ms. Jazwick cure the remaining deficiency identified in this order **within thirty (30) days from the date of this order.** It is

FURTHER ORDERED that the clerk of the court mail to Ms. Jazwick, together with a copy of this order, two copies of the following form: Complaint. It is

FURTHER ORDERED that if Ms. Jazwick fails to cure the remaining deficiency

2

identified in this order within the time allowed, the action will be dismissed without further notice.

DATED May 20, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00818-BNB

Cindy Jazwick
7883 Wyandot Street
Denver, CO 80221

    I hereby certify that I have mailed a copy of the **ORDER** and **two copies of the Complaint form** to the above-named individuals on 5/20/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk