IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00818-BNB

CINDY JAZWICK,

    Plaintiff,

v.

SOCIAL SECURITY DISABILITY ADMINISTRATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 25 2008

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED June 25, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00818-BNB

Cindy Jazwick
7883 Wyandot Street
Denver, CO 80221

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/26/8

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk