**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00818-AP

CINDY JAZWICK,

      Plaintiff *Pro Se*,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff *Pro Se*: | For Defendant: |
|---|---|
| Cindy Jazwick<br>7883 Wyandot Street<br>Denver, CO 80221<br>cjazwick@peoplepc.com<br>303-657-5379 | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** 6/10/08
**B. Date Complaint Was Served on U.S. Attorney's Office:** 6/10/08
**C. Date Answer and Administrative Record Were Filed:** 9/8/08

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**A.** Plaintiff states that the administrative record is adequate.
**B.** Defendant states that the administrative record is adequate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**A.** Plaintiff states that at this time Plaintiff has no additional evidence to submit, but she reserves the right to submit any new evidence.
**B.** Defendant does not intend to submit additional evidence. Defendant reserves the right to respond to any additional evidence that Plaintiff submits.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

**A.** Plaintiff states that "yes, this case does raise unusual claims or defenses since it has to do with the lower back and the left shoulder area."
**B.** Defendant, to the best of his knowledge, states that he is not aware of any unusual claims or defenses in this case.

**7. OTHER MATTERS**

**A**. Plaintiff states that there are no other matters.
**B.** Defendant states that there are no other matters.

**8. BRIEFING SCHEDULE**

**A. Plaintiffs Opening Brief Due:**   11/3/08
**B. Defendant's Response Brief Due:**   12/3/08

    **C. Plaintiffs Reply Brief (If Any) Due:** <u>12/18/08</u>

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiffs Statement:** Plaintiff does not request oral argument.
    **B. Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1© BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The Plan may be altered or amended only upon a showing of good cause.

DATED this 29th day of September, 2008.

                                BY THE COURT:

                                <u>*S/John L. Kane*</u>
                                U.S. DISTRICT COURT JUDGE

| APPROVED: | For Defendant: |
|---|---|
| For Plaintiff *Pro Se*: | TROY A. EID<br>United States Attorney |
| s/ Cindy Jazwick 9/26/08<br>Cindy Jazwick<br>7883 Wyandot Street<br>Denver, CO 80221<br>cjazwick@peoplepc.com<br>303-657-5379 | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| | s/ Debra J. Meachum 9/26/08<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>Debra.meachum@ssa.gov |