IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-818-AP**

**CINDY JAZWICK,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

## ORDER OF DISMISSAL

**KANE, J. ORDERS**

On November 7, 2008, this Court issued an Order to Show Cause giving the Plaintiff 10 days to explain why her Opening Brief had not been filed. Inexplicably, Plaintiff then faxed to this court copies of the Order to Show Cause, the Joint Case Management Plan, and the Notices of Electronic filings for these documents. To date, Plaintiff still has not filed an opening brief. It is, therefore

**ORDERED** that sufficient cause has not been shown as to why this case should not be terminated. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED at Denver, Colorado this 3rd day of December, 2008.

                                              BY THE COURT:

                                              *S/John L. Kane*
                                              JOHN L. KANE, SENIOR JUDGE
                                              UNITED STATES DISTRICT COURT